# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**IEWC HOLDING CORP.**
            **Plaintiff,**

      v.                                        Case No. 13-CV-1222(WEC)

**TRAVELERS CASUALTY &SURETY**
**CO. OF AMERICA,**

            **Defendant.**

---

## SETTLEMENT CONFERENCE MINUTES
## HONORABLE AARON E. GOODSTEIN, PRESIDING

DATE: Wednesday, May 21, 2014

TIME COMMENCED: 9:30 A.M.      TIME CONCLUDED: 3:00 P.M.

APPEARANCES:

<u>Plaintiff:</u> Bartholomew Reuter,      <u>Defendant :</u> David Hanus, Donald Mrozek
      Eric Pearson and                           and Ronald Mund (Travelers)
     Jeff Siemers (CFO)

COMMENTS: The parties have settled the case. Settlement documents will be prepared and a stipulation for dismissal with prejudice will be filed with the court within the next 30 days.