UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**IEWC HOLDINGS CORP.**,

        Plaintiff,

v.                                       Civil Action No. 13-CV-1222

**TRAVELERS CASUALTY & SURETY CO. OF AMERICA**,

        Defendant.

---

## STIPULATION TO DISMISS

---

The parties to the above-entitled litigation, by their undersigned attorneys, hereby stipulate and agree that the above-captioned case shall be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice, on its merits, and without an award of costs or fees to any party.

Dated this 12th day of August, 2014.

                                              s/ David J. Hanus
                                              David J. Hanus (WI Bar No. 1027901)
                                              Hinshaw & Culbertson LLP
                                              100 East Wisconsin Avenue, Suite 200
                                              Milwaukee WI  53202
                                              Phone:  414.225.4807
                                              Facsimile:  414. 276.9220
                                              Email:  dhanus@hinshawlaw.com

Donald L. Mrozek
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago IL 60601
Phone: 312.704.3000
Facsimile: 312.704.3001
Email: dmrozek@hinshawlaw.com

*Attorneys for Defendant Travelers Casualty & Surety Co. of America*

Dated this 12th day of August, 2014.

s/ Eric G. Pearson
Bartholomew F. Reuter (WI Bar No. 1034216)
Eric G. Pearson (WI Bar No. 1064367)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone: 414.271.2400
Facsimile: 414.297.4900
Email: breuter@foley.com
Email: epearson@foley.com

*Attorneys for Plaintiff IEWC Holdings Corp.*